**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

| | |
|---|---|
| IN RE: ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE XR (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION | Master File No. 5:18-md-2809-KKC |
| THIS DOCUMENT RELATES TO:<br><br>**NANCY O'TOOLE and MARTIN O'TOOLE**<br><br>**VS.**<br><br>**BRISTOL-MYERS SQUIBB COMPANY, ASTRAZENECA PHARMACEUTICALS, LP, AND MCKESSON CORPORATION** | HON. KAREN K. CALDWELL<br><br>**SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>Case No.: |

**SHORT FORM COMPLAINT**

Plaintiffs incorporate by reference the Master Complaint and Jury Demand filed in the above-referenced case on November 19, 2018. (Dkt. 185.) This Short Form Complaint adopts all of the Master Complaint and Jury Demand's allegations and claims against all Defendants as if copied here *in extenso*.

Upon information and belief, Plaintiffs further allege as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff, Nancy O'Toole is a resident and citizen of Louisville, Kentucky and claims damages as set forth below.

2. Plaintiff's Spouse, Martin O'Toole, is a resident and citizen of Louisville, Kentucky, and claims damages as set forth below. [*Cross out spousal claim if not applicable.*]

3. Plaintiff brings this action [*check the applicable designation*]:

☒ On behalf of herself;

☐ ~~In representative capacity as the [*INSERT NATURE OF REPRESENTATION (e.g., Administrator of the Estate of ____....)*], having been duly appointed on [*INSERT DATE*] by the [*INSERT COURT*]. A copy of the Letters of Administration or Letters Testamentary for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate, or other appropriate court of the jurisdiction of the decedent.~~ [*Cross out if not applicable.*]

4. State in which Plaintiff(s) allege(s) injury: Kentucky.

5. Defendants [*check Defendants against whom Complaint is made*]:

☒ Bristol-Myers Squibb Company

☒ AstraZeneca Pharmaceuticals, LP

☒ McKesson Corporation

6. Jurisdiction is proper based upon diversity of citizenship.

7. The District Court in which remand for trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is the Western District of Kentucky.

## **FACTUAL ALLEGATIONS**

8. On or about November 3, 2015, Keith Carter, M.D. prescribed Kombiglyze XR to treat Plaintiff for type 2 diabetes.

9. During the time of usage of Kombiglyze XR, Plaintiff was a resident and citizen of Louisville, Kentucky.

10. Neither Plaintiff nor Dr. Keith Carter knew or had reason to know that Kombiglyze XR could cause heart failure or congestive heart failure.

11. As a result of taking Kombiglyze XR, on or about February 2, 2017, Plaintiff sustained severe and permanent injuries including, but not limited to, heart failure and/or congestive heart failure, as diagnosed by Dr. David B. Britt.

12. ~~As a result of taking [*SPECIFY ONGLYZA OR KOMBIGLYZE XR*], on or about [*INSERT DATE*], Plaintiff sustained [*SPECIFY ADDITIONAL INJURIES CLAIMED*] as diagnosed by [*INSERT NAME OF DIAGNOSING DOCTOR/FACILITY*] [RESULTING IN HIS/HER DEATH ON [INSERT DATE]].~~ [*Cross out if not applicable.*]

## **ALLEGATIONS AS TO INJURIES**

13. Plaintiff claims damages as a result of [*Check all that are applicable*]:

☒ Injury to self

☐ Injury to the person represented

☐ Wrongful death

☐ Survivorship action

☒ Economic loss

☒ Loss of consortium

14. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiffs.

**DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

15. The following claims and allegations are asserted by Plaintiff(s) in the Master Complaint (Dkt. 185) and are herein adopted by reference [*check all that are applicable*]:

☒ Count I – Strict Liability/Design Defect

☒ Count II – Negligence

☒ Count III – Strict Liability/Failure to Warn

☒ Count IV – Breach of Warranty of Merchantability

☒ Count V – Breach of Express Warranty

☒ Count VI – Breach of Implied Warranty

☒ Count VII – Violation of Consumer Protection Laws and/or Deceptive Trade Practices under the Law of the State of _Kentucky_________________________.

☒ Count VIII – Loss of Consortium

☐ Count IX – Survival Action

☐ Count X – Wrongful Death

☒ Count XI – Punitive Damages

☐ Count XII – Other ______________________________

☐ Count XIII – Other ______________________________

If Count XII or Count XIII is alleged, additional facts supporting the claim(s):

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**PRAYER FOR RELIEF**

Plaintiffs have been damaged as a result of Defendants' actions or inactions and demand judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Complaint and Jury Demand. (Dkt. 185.) Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs hereby demand a trial by jury as to all claims in Complaint so triable.

Dated: April 22, 2019

Respectfully submitted,

*/s/ Jennifer A. Moore*

Jennifer A. Moore
Ashton Rose Smith
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
T: (502) 717-4080
F: (502) 717-4086
jennifer@moorelawgroup.com
ashton@moorelawgroup.com

Matthew L. White
GRAY & WHITE LAW
713 E. Market Street, #200
Louisville, KY 40202
T: (502) 210-8942
F: (502) 618-4059
mwhite@grayandwhitelaw.com
*Counsel for Plaintiffs*